IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEXANDRA M.,

    Plaintiff,

v.                                                                              No. 1:24-cv-01140-KRS

MARTIN O'MALLEY, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

THIS MATTER comes before the Court upon Plaintiff's Motion to Proceed *In Forma Pauperis*. (Doc. 2). Having reviewed the Motion, the Court FINDS that Plaintiff's request is well-taken and should be **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis*, (Doc. 2), is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

IT IS FURTHER ORDERED that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

IT IS SO ORDERED this 8th day of November, 2024.

                                                                       _____
                                                                       KEVIN R. SWEAZEA
                                                                       UNITED STATES MAGISTRATE JUDGE