IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEXANDRA M.,

    **Plaintiff,**

    vs.                                                                                             CIV NO. 1:24-cv-01140-KRS

MICHELLE KING,[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court upon Plaintiff's first Unopposed Motion for an Extension of Time to File the Plaintiff's Brief/Motion (Doc. 12), it being stated that Defendant concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

**IT IS HEREBY ORDERED** that Plaintiff shall file a Motion to Reverse or Remand Agency Decision with Supporting Memorandum no later than **April 7, 2025**. Defendant's response, if any, shall be filed no later than **May 7, 2025**. Plaintiff's reply, if any, shall be filed no later than fourteen (14) days after Defendant files her response.

    _____
    THE HONORABLE KEVIN R. SWEAZEA
    UNITED STATES MAGISTRATE JUDGE

---

1 Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).