IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALEXANDRA M.,**

    **Plaintiff,**

    **vs.**                                                                CIV NO. 1:24-cv-01140-KRS

**LELAND DUDEK,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

THIS MATTER is before the Court on Plaintiff's counsel's Unopposed Motion to Withdraw as Counsel and for an Extension of Time for Plaintiff to File Her Opening Brief (the "Motion"), (Doc. 17), filed April 29, 2025. For the reasons stated below, the Court will grant the Motion.

Plaintiff's attorney Bryan Konoski of Konoski & Partners, P.C., in accordance with D.N.M.LR-Civ. 7.1(a) and 83.8(a), conferred with Plaintiff and opposing counsel prior to filing the Motion. (Doc. 17) at 3–4. Plaintiff does not oppose the Motion and has already retained new counsel. (*Id.* at 3.) Likewise, Defendant does not oppose the Motion. (*Id.* at 4). Plaintiff's new counsel, Katherine Hartung O'Neal, filed a Notice of Attorney Substitution, (Doc. 16), on April 29, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion to Withdraw as Counsel and for an Extension of Time for Plaintiff to File Her Opening Brief, (Doc. 17), is **GRANTED**. Konoski & Partners, P.C. are terminated as counsel in this action. The Clerk is **DIRECTED** to update Plaintiff's attorney's contact information on the docket as follows:

Katherine Hartung O'Neal, Managing Attorney, O'Neal Appellate Law, LLC, 500 4th Street Northwest, Suite 102 PMB 2909, Albuquerque, NM 87102, Phone: (505) 295-4001, Email: kate@onealappeals.com.

**IT IS FURTHER ORDERED** that Plaintiff shall file a Motion to Reverse or Remand Agency Decision with Supporting Memorandum no later than **May 30, 2025**. Defendant's response, if any, shall be filed no later than **June 30, 2025**. Plaintiff's reply, if any, shall be filed no later than fourteen (14) days after Defendant files his response.

**IT IS SO ORDERED**.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE