IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALEXANDRA D. M.,**

    **Plaintiff,**

vs.                                                         CIV NO. 1:24-cv-01140-KRS

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency[1] (the "Motion"), (Doc. 19), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **June 30, 2025**. **IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **July 30, 2025**. Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his response.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that this is Plaintiff's third motion for an extension of time to file a motion to reverse and remand to the Agency. *See* (Docs. 12, 17, 18, 19). The Court is inclined to grant this third motion given the unique circumstances in this case. However, further extensions may not be granted absent a showing of good cause.