IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEXANDRA D. M.,

    **Plaintiff,**

    vs.                                          CIV NO. 1:24-cv-01140-KRS

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Reply to Response to Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 25), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her reply, if any, no later than **September 26, 2025**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE