**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ALEXANDRA M.,**

**Plaintiff,**

**vs.** **CIV NO. 1:24-cv-01140-KRS**

**FRANK BISIGNANO,**
**Commissioner of Social Security Administration,**

**Defendant.**

**ORDER GRANTING MOTION TO WITHDRAW**

THIS MATTER is before the Court on Defendant's, the Commissioner of Social Security ("Defendant"), Motion to Withdraw, (Doc. 40), filed August 28, 2026. In the Motion to Withdraw, Defendant seeks to withdraw and have the following filings stricken: (1) Defendant's Unopposed Motion for Leave to File Exhibits and Surreply, (Doc. 37), filed August 28, 2026; (2) Defendant's Notice of Exhibits in Support of Defendant's Opposition of Plaintiff's Request for Attorney Fees under the EAJA, (Doc. 38), filed August 28, 2026; and (3) Defendant's Surreply in Opposition of Plaintiff's Request for Attorney Fees under the EAJA, (Doc. 39), filed August 28, 2026. The Motion to Withdraw does not explain Defendant's requests. Nor does it state whether the Motion to Withdraw is unopposed. Nevertheless, because the Motion to Withdraw only pertains to Defendant's contemporaneous filings, the Court finds the Motion to Withdraw, (Doc. 40), is well-taken and is GRANTED.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw, (Doc. 40), is **GRANTED**. Defendant's Unopposed Motion for Leave to File Exhibits and Surreply, (Doc. 37), Defendant's Notice of Exhibits in Support of Defendant's Opposition of Plaintiff's Request for

Attorney Fees under the EAJA, (Doc. 38), and Defendant's Surreply in Opposition of Plaintiff's Request for Attorney Fees under the EAJA, (Doc. 39), are hereby withdrawn, without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall **STRIKE** Defendant's Unopposed Motion for Leave to File Exhibits and Surreply, (Doc. 37), Defendant's Notice of Exhibits in Support of Defendant's Opposition of Plaintiff's Request for Attorney Fees under the EAJA, (Doc. 38), and Defendant's Surreply in Opposition of Plaintiff's Request for Attorney Fees under the EAJA, (Doc. 39).

**IT IS SO ORDERED.**

**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**